[No. 20305-3-I. Division One. August 15, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL STEWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-8-04909-0, Jerome M. Johnson, J., entered

May 22, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Winsor, JJ. Now published at 52 Wn. App. 413.